1  JAMES S. BLACKBURN (State Bar No. 169134)
   James.Blackburn@aporter.com
2  ERIC D. MASON (State Bar No. 259233)
   Eric.Mason@aporter.com
3  ARNOLD & PORTER LLP
4  777 South Figueroa Street, 44th Floor
   Los Angeles, California 90017-5844
5  Telephone: (213) 243-4000
   Facsimile: (213) 243-4199
6
7  *Attorneys for Plaintiffs*

JS-6

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12  SWEET PEOPLE APPAREL, INC.          Case No.: 13 CIV 00655 (ODW) (CWx)
    d/b/a MISS ME, a California
13  corporation, and DEODAR BRANDS,     [PROPOSED] ORDER FOR ENTRY OF
    LLC d/b/a MEK Denim, a California   CONSENT JUDGMENT INCLUDING A
14  limited liability company.          PERMANENT INJUNCTION AND
                                        VOLUNTARY DISMISSAL OF
15            Plaintiffs,               DEFENDANT JEAN JACKET
                                        CLOTHING
16       v.

17  JEAN JACKET CLOTHING, a
    business entity of unknown status,
18  XYZ COMPANIES 1-10, and JOHN
    AND JANE DOES 1-10,
19
             Defendants.
20

21

22

23

24

25

26

27

28

WHEREAS, Plaintiffs Sweet People Apparel, Inc. d/b/a Miss Me ("Sweet People") and Deodar Brands, LLC d/b/a MEK DENIM ("MEK Denim"), on the one hand, and Defendant Jean Jacket Clothing ("Jean Jacket"), on the other hand, have stipulated to the entry of Final Judgment, as set forth in their concurrently filed Stipulation for Entry of Consent Judgment Including a Permanent Injunction and Voluntary Dismissal of Defendant Jean Jacket Clothing; and

WHEREAS, after having reviewed and considered the parties' Stipulation, this Court finds that it has jurisdiction over the subject matter of this action and over the Parties, and venue in this action is proper in this judicial district; and

WHEREAS, Sweet People is the owner of federally registered copyrights for certain designs it uses on and in connection with its MISS ME line of jeanswear products, including (i) U.S. Copyright Registration No. VA 1-733-502, effective as of September 3, 2010, for its Wing Design and Supplementary Registration No. 1-432-644, issued on September 16, 2010, for its Wing Design; (ii) U.S. Copyright Registration No. VA 1-418-846, issued on May 23, 2007, for its Fleur De Lis Design; (iii) U.S. Copyright Registration No. VA 1-740-392, issued on September 20, 2010, for its JP5117 Cross Wing Design; (iv) U.S. Copyright Registration No. VA 1-786-494, issued on August 16, 2011, for its JP5335 Ivy Cross Design; and (v) U.S. Copyright Registration No. VA 1-716-852, issued on October 27, 2008, for its Sparkle Cross Design (collectively the "Sweet People Copyrighted Designs"), copies of the registration certificates for and photographs of the Sweet People Copyrighted Designs being attached hereto as Exhibit A; and

WHEREAS, Sweet People is the owner of federally registered trademarks for certain designs it uses on and in connection with its MISS ME line of jeanswear products, including U.S. Trademark Registration No 4,065,486 for its FABRIC CUT OUT DESIGN Trademark, registered on the Principal Register of the U.S. Trademark Office on December 6, 2011 (the "FABRIC CUT OUT DESIGN Trademark"), a

1   copy of the registration certificate for and a photograph of the FABRIC CUT OUT

2   DESIGN Trademark being attached hereto as Exhibit B; and

3        WHEREAS, MEK Denim is the owner of federally registered trademarks for

4   certain designs it uses on and in connection with its MEK DENIM line of jeanswear

5   products, including U.S. Trademark Registration No. 3,613,153 for its M DESIGN

6   Trademark, registered on April 28, 2009 on the Principal Register for apparel

7   products (the "M DESIGN Trademark"), a copy of the registration certificate for and

8   a photograph of the M DESIGN Trademark being attached hereto as Exhibit C; and

9        WHEREAS, on January 29, 2013, Sweet People and MEK Denim filed a

10   Complaint against Jean Jacket in the United States District Court for the Central

11   District of California, in an action captioned *Sweet People Apparel, Inc. d/b/a Miss

12   Me v. Jean Jacket Clothing, et al.,* No. 13-Civ-00655 (C.D. Cal.) (the "Civil Action"),

13   seeking injunctive relief and damages for alleged acts of copyright infringement,

14   trademark counterfeiting, trademark infringement, false designation of origin, and

15   unfair competition, arising out of Jean Jacket's alleged purchase, distribution,

16   promotion, advertising, marketing, offer for sale and/or sale of certain jeanswear

17   products bearing designs which infringe the Sweet People Copyrighted Designs, the

18   FABRIC CUT OUT DESIGN Trademark and the M DESIGN Trademark (the

19   "Infringing Designs"), photographs of the jeanswear products bearing the alleged

20   Infringing Designs being attached hereto as Exhibit D.

21        **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

22       1.    Jean Jacket and its agents, affiliates, divisions, parents, subsidiaries,

23   related companies, officers, directors, shareholders, principals, employees, and all

24   natural or legal persons acting on their behalf, or in concert with any of them, shall be

25   PERMANENTLY ENJOINED and RESTRAINED from the date of this Final

26   Judgment from attempting to do or causing to be done, directly or indirectly, by any

27   means, method, or device whatsoever, or by any person or persons whomsoever, the

28   following acts:

1       (a)    creating, designing, manufacturing, importing, exporting,

2   distributing, supplying, advertising, marketing, promoting, purchasing, offering for

3   sale and/or selling any products bearing any of the Infringing Designs; and

4       (b)    creating, designing, manufacturing, importing, exporting,

5   distributing, supplying, advertising, marketing, promoting, purchasing, offering for

6   sale or selling any jeanswear products bearing any design that is substantially similar

7   to the Sweet People Copyrighted Designs; and

8       (c)    creating, designing, manufacturing, importing, exporting,

9   distributing, supplying, advertising, marketing, promoting, purchasing, offering for

10   sale or selling any jeanswear products bearing any design that is confusingly similar

11   to Sweet People's FABRIC CUT OUT DESIGN Trademark; and

12       (d)    creating, designing, manufacturing, importing, exporting,

13   distributing, supplying, advertising, marketing, promoting, purchasing, offering for

14   sale or selling any jeanswear products that contain any design that is confusingly

15   similar to MEK Denim's M DESIGN Trademark.

16     2.    This Final Judgment is enforceable against the Parties as well as their

17   affiliates, subsidiaries, parents, related companies, successors and assigns to the

18   extent permitted by law.

19     3.    Except to the extent relief is granted on Plaintiffs' Complaint through the

20   entry of this Final Judgment, Plaintiff's Complaint is dismissed with prejudice as to

21   Defendant Jean Jacket.

22     4.    The jurisdiction of this Court is retained for the purpose of making any

23   further orders necessary or proper for the construction or modification of this Final

24   Judgment, the enforcement thereof and the punishment of any violations thereof.

25   Except as otherwise provided herein, this Civil Action is fully resolved with

26   prejudice.

27     5.    The parties waive any right to appeal this Consent Judgment and

28   Permanent Injunction.

4

6.    The parties shall bear their own costs and attorneys' fees related to this Civil Action.

DATED: April 11, 2013

_____
OTIS D. WRIGHT
United States District Judge

Submitted By:

ARNOLD & PORTER LLP

By:_____
James S. Blackburn
Eric D. Mason
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Telephone: 213-243-4000
Facsimile: 213-243-4199

*Counsel for Plaintiffs*

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE
**VA 1-432-844**

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION
9   16   2010
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
**WING DESIGN**

Registration Number of the Basic Registration ▼
VA 1-733-502

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Sweet People Apparel, Inc.

Name(s) of Copyright Claimant(s) ▼
Sweet People Apparel, Inc.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____ Line Heading or Description Year of Completion and Date of 1st Publication

Incorrect Information as it Appears in Basic Registration ▼

Year of Completion:  2008; Date of 1st Publication: August 25, 2008

Corrected Information ▼

Year of Completion: 2009; Date of 1st Publication: June 5, 2009

Explanation of Correction ▼

The original application was inadvertently filed with the incorrect year of completion and first publication dates.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of ___ pages

| FORM CA RECEIVED | | FORM CA |
|---|---|---|
| | 9/16/10 | |
| FUNDS RECEIVED DATE | 9/14/10 | |
| EXAMINED BY | MCRA | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

# D

**Correspondence** Give name and address to which correspondence about this application should be sent.

Arnold & Porter LLP, 555 Twelfth Street, N.W.
Washington, DC 20004
Attn: Brent S. LaBarge

# E

Phone ( 202 ) 942-5168      Fax ( 202 ) 942-5999      Email brent.labarge@aporter.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name Arnold & Porter LLP

Account Number 007822

**Certification** I, the undersigned, hereby certify that I am the (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ duly authorized agent of  Sweet People Apparel, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

# F

Typed or printed name ▼ Brent S. LaBarge      Date ▼ September 15, 2010

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ | |
|---|---|---|
| | Arnold & Porter LLP - Attn: Brent S. LaBarge | |
| | Number/Street/Apt ▼ | |
| | 555 Twelfth Street, N.W. | |
| | City/State/ZIP ▼ | |
| | Washington, DC 20004 | |

# G

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev 07/2009   Print 07/2009—40,000   Printed on recycled paper

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-733-502

**Effective date of
registration:**

September 3, 2010

## Title

**Title of Work:** WING DESIGN

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** August 25, 2008     **Nation of 1st Publication:** United States

## Author

**Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork Applied To Clothing

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA 90058, United States

## Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Address:** 4715 S. Alameda Street

Los Angeles, CA 90058  United States

## Certification

**Name:** Brent S. LaBarge

**Date:** September 3, 2010

**Applicant's Tracking Number:** 21406.001

## Sweet People Wing Design



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-418-846



EFFECTIVE DATE OF REGISTRATION

May 23 2007

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼
JP 4369 BACK POCKET DESIGN

NATURE OF THIS WORK ▼ See instructions
Fabric Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2**
**a**

NAME OF AUTHOR ▼
Sweet People Apparel, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map            ☐ Technical drawing
☑ 2-Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**3**
**a**

Year in Which Creation of This Work Was Completed
2006
This information must be given Year in all cases.

**b**

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month October   Day 03   Year 2006
Nation USA

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA 90058

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 23 2007

ONE DEPOSIT RECEIVED
MAY 23 2007

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____  **FORM VA**

CHECKED BY _____

☐ CORRESPONDENCE  FOR
☐ Yes  COPYRIGHT
 OFFICE
 USE
 ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☑ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**  **Year of Registration ▼**

VAu713-797   2006

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**a**

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**  **Account Number ▼**

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Eric Choi / Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA 90058

**b**

Area code and daytime telephone number  ( 323 ) 235-7352   Fax number  ( 323 ) 235-7344

Email  ericchoi@missme.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
 ☐ other copyright claimant
 ☑ owner of exclusive right(s)
 ☐ authorized agent of _____
 Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Eric Choi   Date April 9, 2007

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

**Name ▼**
Eric Choi / Sweet People Apparel, Inc.

**Number/Street/Apt ▼**
4715 S. Alameda Street

**City/State/ZIP ▼**
Los Angeles, CA 90058

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Sweet People Fleur De Lis Design



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-740-392

**Effective date of registration:**
September 20, 2010

---

## Title

**Title of Work:** Cross Wing JP5117

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 13, 2009     **Nation of 1st Publication:** United States

## Author

**Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork applied to clothing

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Name:** Lilly Kim

**Email:** lillykim@missme.com          **Telephone:** 323-235-7307

**Address:** 4715 S. Alameda St.

Los Angeles, CA 90058

## Certification

**Name:** Lilly Kim

**Date:** September 20, 2010

---

## Sweet People Wing Cross Design



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-786-494

**Effective date of
registration:**

August 16, 2011

---

## Title

**Title of Work:** Ivy Cross JPS335

## Completion/ Publication

**Year of Completion:** 2010

**Date of 1st Publication:** February 23, 2011        **Nation of 1st Publication:** United States

## Author

■        **Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork Applied to Clothing

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Address:** 4715 S. Alameda Street

Los Angeles, 90058 United States

## Certification

**Name:** Alan C. Veronick

**Date:** August 16, 2011

**Applicant's Tracking Number:** 21406.001

---

## Sweet People Ivy Cross Design



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-716-852

**Effective date of
registration:**

May 26, 2010

## Title

**Title of Work:** SPARKLE CROSS DESIGN

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** October 27, 2008        **Nation of 1st Publication:** United States

## Author

■        **Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork applied to clothing

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA 90058, United States

## Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Address:** 4715 S. Alameda Street

Los Angeles, CA 90058  United States

## Certification

**Name:** Brent S. LaBarge

**Date:** May 26, 2010

**Applicant's Tracking Number:** 21406.001

Registration #:   VA0001716852

Service Request #:   1-410148573

Arnold & Porter LLP
Attn: Brent S. LaBarge
555 Twelfth Street, N.W.
IP Docketing
Washington, DC 20004



# EXHIBIT B

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,065,486**

**Registered Dec. 6, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SWEET PEOPLE APPAREL, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA ST.
LOS ANGELES, CA 90058

FOR: APPAREL, NAMELY, JEANS AND PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-29-2005; IN COMMERCE 9-29-2005.

OWNER OF U.S. REG. NO. 3,494,338.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE SHAPES OF THE POCKETS OR THE POCKET FLAPS, OR THE STITCHING APPEARING ON THE POCKETS OR THE POCKET FLAPS, WHICH ARE INCLUDED ONLY TO SHOW THE PLACEMENT OF THE MARK ON THE GOODS, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A FABRIC CUT OUT DESIGN ON THE POCKET FLAP AND UNDER THE WAIST OF THE PANTS. THE AREA OF THE CUTOUT IS REPLACED WITH A FABRIC INSERT WHICH DIFFERS IN DESIGN FROM THE REMAINING PANTS FABRIC.

SEC. 2(F).

SER. NO. 85-041,242, FILED 5-18-2010.

SUZANNE BLANE, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

## Sweet People's FABRIC CUT OUT DESIGN



# EXHIBIT C

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,613,153
Registered Apr. 28, 2009

## TRADEMARK
### PRINCIPAL REGISTER



MEK DENIM INC. (CALIFORNIA CORPORA-
TION)
SUITE 501
448 SOUTH HILL STREET
LOS ANGELES, CA 90013

FOR: JEANS; JACKETS; PANTS; SHIRTS;
SHORTS; SKIRTS, IN CLASS 25 (U.S. CLS. 22 AND
39).

FIRST USE 11-30-2005; IN COMMERCE 11-30-2005.

THE MARK CONSISTS OF THE OUTLINE OF A
FANCIFUL LETTER "M".

SN 77-237,502, FILED 7-24-2007.

LINDA LAVACHE, EXAMINING ATTORNEY

## MEK Denim's M DESIGN



# EXHIBIT D









